UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-06914-JWH (JPRx) | Date | August 11, 2023 |
| Title | BCS Business Consulting Services Pte. Ltd. v. Michael A. Baker, et al. | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Clarissa Lara | Court Smart |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Maxwell V. Pritt<br>Reed Forbush | Kevin S. Sinclair |

**Proceedings:** **HEARING RE: PLAINTIFF'S MOTION FOR AN ANTI-SUIT INJUNCTION [ECF No. 193]**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument. For the reasons stated on the record, the Court takes the motion [ECF No. 193] under submission. Also, for the reasons stated in open court, it is hereby **ORDERED** as follows:

1. In accordance with discussion at the hearing, Plaintiff BCS Business Consulting Services is **DIRECTED** to file no later than August 18, 2023, a supplemental brief, of no more than ten pages, in support of its Motion. Defendant Michael A. Baker is **DIRECTED** to file no later than August 28, 2023, a responsive supplemental brief, of no more than ten pages.

2. The hearing on the Plaintiff's Motion for Leave to File a Fourth Amended Complaint [ECF No. 166] is **CONTINUED** to September 21, 2023, at 10:00 a.m.

**IT IS SO ORDERED.**

Time: <u>01:43</u>
Initials of Preparer: cla